UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.K., *on behalf of herself and as next friend of E.K.*,

                              Plaintiff,

                 -v-

NEW YORK CITY DEPARTMENT OF
OF EDUCATION, et al.,

                              Defendants.

20 Civ. 4321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On June 5, 2020, plaintiff M.K. filed the Complaint. Dkt. 1. Defendants were served on June 9 and June 30, 2020. Dkts. 13–15. After several extensions, the parties agreed to, and the Court approved, a schedule pursuant to which M.K. was to file an amended complaint by January 18, 2021, and defendants were to file an answer by March 19, 2021. *See* Dkt. 30.

On January 17, 2021, M.K. filed the Amended Complaint. Dkt. 31. Defendants have not filed an answer. Defendants are directed to file an answer to the Amended Complaint by **March 30, 2021.**

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 23, 2021
          New York, New York