

**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
E-mail: pfrank@law.nyc.gov
(not for service)

April 28, 2021

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   <u>M.K obo E.K. v. New York City of Department of Education, et al.</u>,
             20-CV-4321 (PAE)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education ("DOE"), New York City Board of Education, and DOE Chancellor Meisha Porter in the above-referenced action.

      I write to respectfully request a brief, two-day extension of time for the parties to provide the Court with their joint letter and Civil Case Management Plan and Scheduling Order in anticipation of the initial pretrial conference scheduled for May 4, 2021 at 11:00 a.m. Pursuant to the Court's Order dated April 13, 2021 (Dkt. No. 36), today is the deadline for the parties to file their joint submissions. The reason for the requested enlargement is that as a result of having taken the second dose of the COVID-19 vaccine yesterday, I have been sick all day today. The brief enlargement, therefore, will enable me to finalize the joint submissions with Plaintiffs' counsel. Plaintiffs' counsel, Elisa F. Hyman, Esq., consents to this request, and this is the first request for an extension of time to file the joint submissions.

      Accordingly, Defendants respectfully request that the Court grant an enlargement of time, until April 30, 2021, for the parties to provide their joint submissions in advance of the May 4, 2021 initial conference.

I thank the Court for its consideration of the within.

Respectfully submitted,

_____s/_____
Philip S. Frank
Assistant Corporation Counsel

cc: All counsel (via ECF)

Granted. The parties' pre-conference submissions are due by April 30, 2021.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

April 29, 2021