# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

January 6, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *M.K., et al. v. New York City Department of Education, et al.*,
           20-cv-4321 (PAE)

Dear Judge Engelmayer:

     I, along with Elisa Hyman, represent the Plaintiffs in the above-referenced case. With consent of Defendants' counsel, Philip Frank, I am writing jointly to respectfully request a short adjournment of the conference currently scheduled for January 20, 2022 due to a scheduling conflict. Ms. Hyman, the principal attorney assigned to this case, has an all-day administrative hearing, which was previously scheduled and cannot be changed, on January 20th. If convenient for the Court, the parties propose the following dates for the conference: January 25th any time, January 26th after noon, and January 28th after noon.

     Thank you for Your Honor's consideration of the above request.

                                                Sincerely,

                                                *Erin O'Connor*
                                                Erin O'Connor, Esq., Of Counsel
                                                Counsel for the Plaintiffs

Cc:    Philip Frank, Esq., Assistant Corporation Counsel (via ECF)

The case management conference previously scheduled for January 20, 2022 at 3 p.m. is hereby adjourned until January 25, 2022 at 4 p.m. SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge
                                                1/7/22

1115 BROADWAY, 12TH FL.                                       42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                                                 NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM