UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.K., et al.,

                              Plaintiffs,

             -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                              Defendants.

20 Civ. 4321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    A case management conference is scheduled for January 25, 2022 at 4:00 p.m. Dkt. 46. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 21, 2022
       New York, New York