

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PHILIP S. FRANK**<br>Phone: (212) 356-0886<br>Fax: (212) 356-1148<br>E-mail: pfrank@law.nyc.gov<br>(not for service) |

February 4, 2022

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:  *M.K obo E.K. v. New York City of Department of Education, et al.*,
20-CV-4321 (PAE)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education ("DOE"), New York City Board of Education, and Chancellor Meisha Porter in the above-referenced action.

I write to respectfully request an adjournment of the settlement conference currently scheduled for February 18, 2022, at 10:00 a.m., until March 18, 2022, at 2:30 p.m.  The reason for the requested adjournment is due to a conflict I have with an oral argument on an order to show cause in another matter.  Counsel for Plaintiff consents to this request and is available at the aforementioned proposed date and time.  This is the first request for an adjournment of the settlement conference.

I thank the Court for its consideration of the within.

Respectfully submitted,

s/

Philip S. Frank
Assistant Corporation Counsel

Conference adjourned to March 18, 2022, at 2:30 p.m.  Submissions due March 14, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
February 7, 2022