# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

March 4, 2022

**BY ECF**                             MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: *M.K., et al. v. New York City Department of Education, et al.*,
            20-cv-4321 (PAE)

Dear Judge Gorenstein:

     I represent the Plaintiffs in the above-referenced case. With consent of Defendants' counsel, Philip Frank, I am writing to request an adjournment of the conference currently scheduled for March 18, 2022. First, I apologize for inconveniencing the Court, but I had a mix-up with my client when she gave me her availability; she is an administrative law judge and is unable to attend the conference on March 18, 2022. Further, the student at issue had a regression in the past six weeks and we have been trying to ascertain the impact on that event in relation to the settlement demand, which would be due today.

     The parties have conferred with each other and the Court, and request that the conference be rescheduled for April 4, 2022, at 2:30 p.m.

     Thank you for Your Honor's consideration of the above request.

                                                 Sincerely,

                                                 s/

                                                 _____

                                                 Elisa Hyman

Application granted. Submissions are due March 29, 2022.

So Ordered.

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 4, 2022

1115 BROADWAY, 12TH FL.             42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                    NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM