UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.K., et al.,

                        Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                        Defendants.

20 Civ. 4321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    A case management conference is scheduled for April 5, 2022 at 4:00 p.m. Dkt. 56. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19,** found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. At least 24 hours before the scheduled teleconference, parties are directed jointly to email Chambers a list of counsel who may be speaking during the teleconference. The email should also set forth the telephone numbers from which counsel expect to join the call.

    SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 29, 2022
         New York, New York