UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.K., et al.,

                      Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                      Defendants.

20 Civ. 4321 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As the Court informed the parties via email, the case management conference previously scheduled for 4 p.m. today, April 5, 2022 will now take place at 3 p.m. today due to a time-sensitive matter requiring the Court's attention. The Court thanks the parties for their understanding.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 5, 2022
       New York, New York