UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

M.K., et al.,

                              Plaintiffs,

          -v-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

                              Defendants.

20 Civ. 4321 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

    At today's case management conference, the Court set the following schedule:

1. The parties' joint stipulated facts ("JSF") are due June 13, 2022. (The Court's law clerk will send counsel, as models, copies of helpful JSFs filed in connection with prior summary judgment motions.)

2. Plaintiff's brief in support of summary judgment is due July 25, 2022.

3. Defendant's brief in opposition to plaintiff's motion, and in support of defendant's motion for summary judgment, is due August 31, 2022.

4. Plaintiff's reply brief in support of its motion for summary judgment, and in opposition to defendant's motion for summary judgment, is due September 21, 2022.

5. Defendant's reply brief in support of its motion for summary judgment is due October 5, 2022.

    Given the length of the schedule, these deadlines will not be further extended, but the parties may jointly apply to modify the dates provided that the final brief is submitted by October 5, 2022.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 5, 2022
       New York, New York